# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:19-CR-387-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| LECEDRIC MCMILLON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Reconsideration Of Detention Order" (Document No. 49) filed September 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Conrad's chambers, the undersigned will grant the motion in part and deny the motion in part.

By the instant motion, Defendant requests either reconsideration of the Court's "Order Of Detention Pending Trial" (Document No. 46) or, in the alternative, that the case be scheduled for a supervised release revocation hearing. (Document No. 49). Defendant has failed to forecast a material change of circumstances sufficient to warrant reconsideration of the Order of Detention. As such, the undersigned will respectfully deny Defendant's request for reconsideration.

Following consultation with Judge Conrad's chambers, however, it is believed that this matter will be set for a final supervised release violation hearing on or about October 4, 2024. As such, the undersigned will grant Defendant's alternative request that the case be scheduled for a final hearing before the District Judge.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Reconsideration Of Detention Order" (Document No. 49) is **GRANTED in part** and **DENIED in part** as directed herein. Defendant's request for reconsideration of the Order of Detention is denied, but Defendant's alternative request that the case be scheduled for a supervised release revocation hearing is granted.

**SO ORDERED**.

Signed: September 11, 2024

David C. Keesler
United States Magistrate Judge